Jeremy J. Thompson
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY DARNELL BYRD, | Case No. 2:18-cv-02322-JCM-NJK |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 19]** |
| vs. | |
| EQUIFAX CREDIT INFORMATION SERVICE, et al., | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Information Services LLC is dismissed with prejudice. Gary Darnell Byrd and Defendant Equifax Information Services LLC shall each bear their own costs and attorneys' fees.

Date: June 18, 2019.

_____
JUDGE, United States District Court,
District of Nevada

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF and regular mail to:

Gary Darnell Byrd
5348 Vegas Dr, #1382
Las Vegas, NV 89108
Email: Garydbyrd@yahoo.com
PRO SE PLAINTIFF

-1-